**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CANTRELL, MARIAH C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-07075-BKM<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO MAINTAIN AUTOMATIC STAY AND HAVE VEHICLE REMAIN PROPERTY OF THE ESTATE**<br><br>Re: Property<br>2023 Chevrolet Trailblazer<br>VIN: KL79MTSL6PB161825 |

Based upon the *Trustee's Motion to Maintain Automatic Stay and Have Vehicle Remain Property of the Estate* ("Motion"), with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Granting the Motion; and

2. Declaring that the automatic stay under section 11 U.S.C. § 362(a) is hereby maintained and shall not be automatically terminated with respect to the 2023 Chevrolet Trailblazer – VIN: KL79MTSL6PB161825 ("Vehicle") and, further, that the Vehicle remains property of this estate pending further order of this Court.

**DATED AND SIGNED ABOVE**